# Cooley

David H. Kupfer
+1 212 479 6530
dkupfer@cooley.com

Via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-25-17

September 25, 2017

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

Re:   *Rony Zakaria v. National Public Radio, Inc.*, 1:17-cv-06717-DLC

Dear Judge Cote:

Defendant National Public Radio, Inc. ("NPR") hereby files this letter-motion for extension of time to answer, move, or otherwise respond to Plaintiff Rony Zakaria's ("Plaintiff") Complaint (ECF No. 1). Currently, NPR's deadline to answer, move, or otherwise respond to the Complaint is September 27, 2017. NPR has not previously requested any adjournment or extension of time in this action. Plaintiff, by counsel, has consented to this motion. The requested extension of time will not affect any other scheduled dates. To allow the parties additional time to try to resolve this action, NPR respectfully requests that this Court extend NPR's deadline to answer, move, or otherwise respond to Plaintiff's Complaint, by thirty (30) days, to and including October 27, 2017.

Sincerely,

David H. Kupfer

DHK:den

SO ORDERED:

_____
Honorable Denise L. Cote
United States District Judge

Sept. 25, 2017