**Exhibit C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONY ZAKARIA<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL PUBLIC RADIO, INC.<br><br>                    Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>Case No.: 1:17-cv-06717-DLC |

IT IS HEREBY NOTICED that the above case should be dismissed with prejudice.

*Richard Liebowitz*
--------------------
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 10/27/2017
*Attorney for Plaintiff Rony Zakaria*

---

SO ORDERED:

                                        _____
                                        Hon. Denise L. Cote