### Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONY ZAKARIA<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL PUBLIC RADIO, INC.<br><br>                    Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:17-cv-06717-DLC** |

IT IS HEREBY NOTICED that the above case should be dismissed with prejudice.

*Richard Liebowitz*

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 10/27/2017
*Attorney for Plaintiff Rony Zakaria*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/10

SO ORDERED:

10/27/17

_____
Hon. Denise L. Cote